COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:    In re M.T.A. Inc. dba Katy Depot, Iradj Farkooshi, Mahin Farkooshi, Shagayegh Farkooshi, Flatonia Travel Plaza, Inc., and OGAB Investment, LLC

Appellate case number:    01-18-00197-CV

Trial court case number:    09-DCV-170326

Trial court:                268th District Court of Fort Bend County

Richard L. Tate has filed a motion to withdraw as counsel for relator, OGAB Investment, LLC. *See* Tex. R. App. P. 6.5(a), (b).  The motion is **granted**.

Anil Ali has filed a Notice of Appearance and Designation of New Lead Counsel for OGAB Investments, LLC. *See id.* 6.1(c).

The Clerk of this Court is directed to note Richard L. Tate's withdrawal as counsel for OGAB Investment, LLC, and Anil Ali's appearance as lead counsel for OGAB Investment, LLC on the docket of this Court.

It is so ORDERED.


Judge's signature: /s/ Russell Lloyd
                    ☑ Acting individually    ☐ Acting for the Court

Date: September 18, 2018